[No. 34584-2-I.     Division One.     May 22, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARDS
STEVEN TENG, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-01310-6, Laura Inveen, J., entered March 2,
1993. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Webster, JJ.

[No. 31930-2-I.     Division One.     May 22, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
DEAN FERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00568-5, James H. Allendoerfer, J.,
entered November 17, 1992. *Affirmed* by unpublished opinion per Agid, J., concurred in by Kennedy, A.C.J., and
Grosse, J.

[No. 33529-4-I.     Division One.     May 22, 1995.]

ML PARK PLACE CORPORATION, *Respondent*, v. RICHARD
C. HEDREEN, ET AL, *Appellants*.

Appeal from judgments of the Superior Court for King
County, No. 92-2-25039-0, Michael Hayden, J., entered September 17 and July 9, 1993. *Affirmed* by unpublished opinion
per Cox, J., concurred in by Webster and Becker, JJ.

[No. 34352-1-I.     Division One.     May 22, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. DARYLL LEE
HENNINGS, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-06270-2, James A. Noe, J., entered April 1,
1994. *Reversed* and *remanded* by unpublished opinion per
Cox, J., concurred in by Kennedy, A.C.J., and Agid, J.